**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 98-51130
Summary Calendar

CHAROLETTE A. WILLIAMS,

Plaintiff - Appellant,

VERSUS

COMMUNITY BANK/NATIONS BANK,

Defendant - Appellant.

Appeal from the United States District Court
for the Western District of Texas
(SA-97-CV-1221)

June 11, 1999

Before DAVIS, DUHÉ, and PARKER, Circuit Judges.

Per Curiam:[1]

## DISCUSSION

Charolette Williams ("Williams") worked as a teller for NationsBank at its Community Bank facility on Camp Hansen, a United States Marine Corps base in Okinawa, Japan. She was employed in that capacity from August 1995 until her discharge in March 1997. Williams sued NationsBank in federal district court, asserting: (1) Title VII discrimination and retaliation; (2) Equal Pay Act violations; (3) denial of due process; (4) conspiracy to terminate

---

[1]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

her and defraud the United States; and (5) violations of federal laws protecting whistle blowers.

In July 1998, NationsBank moved for summary judgment and the magistrate judge recommended that the motion be granted. Adopting the magistrate's recommendations, the district court granted summary judgment in favor of NationsBank. Williams appeals.

We review grants of summary judgment <u>de novo</u>. <u>Lawrence v. Univ. of Tex. Med. Branch at Galveston</u>, 163 F.3d 309, 311 (5th Cir. 1999). After a careful review of the briefs and the record, we conclude that the district court properly granted summary judgment for NationsBank.

**CONCLUSION**

We affirm the summary judgment in favor of NationsBank.

AFFIRMED.